**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  ATTORNEYS               :  No. 49 INC
ADMINISTRATIVELY SUSPENDED  :
PURSUANT TO RULE 111(b),       :
Pa.R.C.L.E.                        :

# O R D E R

**PER CURIAM:**

AND NOW, this 16th day of March, 2016, the attorneys named on the attached list are administratively SUSPENDED pursuant to Pa.R.C.L.E. 111(b).  The suspensions shall be effective thirty days after the date of this Order, pursuant to Pa.R.D.E. 217.